**File Hashes for IP Address 73.132.209.203**

**ISP:** Comcast Communications, LLC
**Physical Location:** Washington, DC

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 10/27/2015 23:47:22 | 09991A767E6D7A74336DB34CF9065D7AD49280E8 | A Fucking Picnic |
| 10/13/2015 22:17:18 | 6E6F00447782DB434A47FB56D9BFD57A0A3F2614 | Roommates |
| 09/25/2015 02:40:54 | 50FD8F96FF6D0226ACF808AC90E907B8B70251C4 | Surrender To Seduction |
| 09/08/2015 10:52:42 | 0C3A9A7C97127021C729A01E4FCAA9BAEE5E1979 | Lovers Lane |
| 09/03/2015 01:22:50 | 34EE2C094ECBB4409656CF376CF45D83459DCDA4 | California Surf Fever |
| 06/26/2015 13:28:36 | CFA566DC7947671346CBFEF4C971DB401DFC2CBB | Blonde Ambition |
| 06/26/2015 02:56:51 | BA23078533CCBE4BCF265D99A9E6DE3420120683 | One Night Stand |
| 06/26/2015 01:24:50 | 6617F7FA4E812038A046446DA4FA02506C667100 | First Lesbian Experience |
| 05/31/2015 18:29:48 | E6F91951D3AA3DAF875502CC9624FD37BDD6FC93 | Fashion Models Are Bisexual |
| 05/31/2015 18:12:44 | 7D6F9E88A7700E87C07CF02BBFCF80AB1F77174B | Keep On Cumming |
| 05/30/2015 12:03:39 | 1C270D98F32BE3DC936354EB57C8A4E43E256886 | Good Morning I Love You |
| 04/28/2015 16:25:04 | EF09C4ADC03BADC1DA06CB14B298EC11B7B52739 | The Rich Girl Part #2 |
| 03/22/2015 00:58:49 | 4CD3C5E4AD53A28EDDD6C56F876CF4E7F4DC1614 | Blondes Love Brunettes |
| 03/20/2015 02:21:40 | 7DBCA94983661CA6AA5487316D4B597408FD7A85 | Spread Across The Floor |
| 03/14/2015 12:13:01 | 6FAF4A8BF87E7F22CFC548553F31BD7882C671A1 | Do Me Darling |
| 03/14/2015 01:32:32 | 1039754956FB960645E73409BD70E552BACC2CC9 | Best Friends With Benefits |

**Total Statutory Claims Against Defendant: 16**